FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0165

IN RE THE MARRIAGE OF:

CHELSEA RENAE WILSON

      Petitioner and Appellee,

  and

MARK ALAN WILSON,

      Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 4, 2023, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2023